JAMES G. TRACY, as Trustee in Bankruptcy of the Estate of the UNIQUE SHOPS OF SYRACUSE, INC., Bankrupt, Appellant, v. GENERAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover upon a fire insurance policy. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

SIDNEY SELWAY, Appellant, v. EMMA SELWAY, Respondent, and LINCOLN-ALLIANCE BANK AND TRUST COMPANY, Defendant.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint as to defendant Selway in an action to recover upon a joint bank account.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MATHIAS J. RYAN, Respondent, v. W. G. FRANTZ, Appellant.— Judgment and order affirmed, with costs. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, without costs. All concur. (The judgment awards damages in an automobile negligence action. The orders deny motions for a new trial on the minutes and upon the ground of newly-discovered evidence.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of HARRY PERRY, Respondent, for a Mandamus Order against HENRY C. STEPHAN, as Mayor, and Others, as Trustees of the Village of Lancaster, and Another, Appellants.— Order affirmed, with costs, upon the opinion of Lewis, J., in *Matter of Brown* v. *Stephan* (245 App. Div. 588), decided herewith. All concur. (The peremptory mandamus order directs reinstatement of petitioner as laborer.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH VALERINO, Appellant.— Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure. All concur. (The judgment convicts defendant of the crime of burglary, third degree, and grand larceny, second degree.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOSEPH DUFFIELD, Respondent, v. HORACE W. MOFFETT and Another, Appellants, Impleaded with ANNA STACK and Another, Defendants.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

HORACE W. MOFFETT, Appellant, v. ANNA STACK and Another, Respondents. — Judgment affirmed, with costs. All concur. (The judgment awards defendants damages on the counterclaim in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MULVADO MOFFETT, Appellant, v. FRANK STACK and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment awards defendants damages on the counterclaim in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.